# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROY ALAN O'GUINN,

        Plaintiff,

vs.

NDOC, et al.,

        Defendants.

_____/

3:07-CV-0450-LRH (VPC)

**MINUTES OF THE COURT**

Date: May 25, 2010

PRESENT:
THE HONORABLE __VALERIE P. COOKE__, UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK: __LISA MANN_____    REPORTER: __NONE APPEARING____

COUNSEL FOR PLAINTIFF: ___NONE APPEARING_____

COUNSEL FOR DEFENDANTS: ___NONE APPEARING_____

MINUTE ORDER IN CHAMBERS: ___XXX___

       Defendants filed a motion for leave to file *in camera* and under seal confidential declaration and medical records in support of motion for summary judgment (#73). Plaintiff filed a request to file under seal portions of plaintiff's motion for summary judgment (#76). No opposition was filed to either motion. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

       **IT IS ORDERED** that defendants' motion for leave to file *in camera* and under seal confidential declaration and medical records in support of motion for summary judgment (#73) and plaintiff's request to file under seal portions of plaintiff's motion for summary judgment (#76) are **GRANTED**.

       **IT IS SO ORDERED.**

                         LANCE S. WILSON, CLERK

                  By:___/s/_____
                      Deputy Clerk