UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROY ALAN O'GUINN, | ) | 3:07-CV-0450-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 10, 2010 |
| | ) | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for leave to file under seal portions of his opposition to defendants' motion for summary judgment (#77) and a motion to file under seal portions of his objection to the Magistrate Judge's report and recommendation (#87).  No opposition was filed to either motion.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that the plaintiff's motions for leave to documents under seal (#77 & #87) are **GRANTED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
         Deputy Clerk